```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 12558
    ROBERT WILLIAMS
                                             CHAPTER 13

                                             JUDGE: JOHN H SQUIRES

         Debtor
    SSN XXX-XX-0178


-------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/13/07 .

    2.  The case was dismissed without confirmation, 10/19/2007.

    3.  The Debtor paid a total of $   1248.37 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| SPECIALIZED LOAN SERVICI | SECURED | .00 | .00 | .00 |
| SPECIALIZED LOAN SERVICI | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| SPS PORTFOLIO | SECURED | .00 | .00 | .00 |
| SPS PORTFOLIO | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CITY OF CHICAGO WATER DE | SECURED | .00 | .00 | 20.01 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | 1171.34 |
| VILLAGE OF HOMEWOOD | SECURED | .00 | .00 | .85 |
| COOK COUNTY TREASURER | PRIORITY | NOT FILED | .00 | .00 |
| AT&T BROADBAND | UNSECURED | NOT FILED | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| CEMB | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CONNECTICUT STUDENT LOAN | UNSECURED | NOT FILED | .00 | .00 |
| NEXTEL COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |

```
         Summary of disbursements:
-------------------------------------------------------------------------
          SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
```

```
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED              .00            .00            .00            .00            .00
PRINCIPAL PAID              1192.20            .00            .00            .00        1192.20
INTEREST PAID                   .00            .00            .00            .00            .00
TOTAL PAID                  1192.20            .00            .00            .00        1192.20
```
The Debtor's attorney, BENNIE W FERNANDEZ            , was allowed $        .00
and was paid $       .00 .

The Trustee received $      56.17 .

Refunds to the Debtor totaled $        .00 .

　　　Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


　　　Dated: 01/14/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE



```
                              PAGE   2
       CASE NO. 07 B 12558 ROBERT WILLIAMS
```